JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

REYES BOZA,

Petitioner,

v.

MARKWAYNE MULLIN et al.,

Respondent.

Case No. 5:26-cv-03361-MAR

JUDGMENT

Pursuant to the Order on Petition for Habeas Corpus, **IT IS HEREBY ADJUDGED** this Petition is **GRANTED**. Respondents are **ORDERED** to immediately release Petitioner **Jose Noe Reyes Boza (A# 246-554-108)** from custody subject only to the conditions of his release prior to his re-detention, if any; to immediately return all of Petitioner's belongings, including his identification documents, work authorization documents, immigration documents, and other possessions; to reimburse Petitioner $5.00 in costs as the prevailing party within thirty (30) days of the entry of Judgment; and, unless Petitioner is subject to a final order of removal, to not arrest or re-detain Petitioner without a pre-deprivation notice of at least ten (10) days before a pre-deprivation hearing, at which time the Government shall bear the burden of justifying by clear and convincing evidence that there has been a material change in circumstances and Petitioner poses a flight risk or danger to the public.

Dated: July 27, 2026

HONORABLE MARGO A. ROCCONI
United States Magistrate Judge